**Order entered October 9, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00679-CR
### No. 05-18-00680-CR

**TIMOTHY LLOYD BOOTH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-83462-2016 & 296-83459-2016**

## ORDER

The reporter's record was initially due on July 22, 2018. When it was not filed, we notified court reporter Janet Dugger that it was overdue. We instructed her to file (1) the reporter's record, (2) written verification that no hearing were recorded, or (3) written verification that appellant had not requested the reporter's record by August 24, 2018. On August 20, Ms. Dugger stated she had received payment for the record but needed until September 25th to file the reporter's record. We granted her request. To date, the reporter's record has not been filed and we have not had any communication from Ms. Dugger.

We **ORDER** the complete reporter's record to be filed **by October 18, 2018**. Should Ms. Dugger fail to file the reporter's record by that date, the Court will take whatever remedies it

has available to ensure these appeals proceed in a timely fashion, including ordering Ms. Dugger not sit until the complete reporter's record.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; Janet Dugger, official court reporter, 296th Judicial District Court; and to counsel for all parties.


/s/     CRAIG STODDART
        JUSTICE